GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Conservator of the Property and Assets of UNION INDEMNITY COMPANY within the State of New York v. VINCENT ASTOR, Sometimes Known as WILLIAM

VINCENT ASTOR.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — McAvoy, O'Malley, Townley and Untermyer, JJ.